# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



# ORDER DISMISSING CASE FOR FAILURE TO TIMELY FILE DOCUMENT(S)

**Case Number:**    25–10696 – B – 13

**Debtor Name(s), Social Security Number(s), and Address(es):**

Kathleen Susan Hayes
 1061 Northwood Drive
Merced, CA 95348

*Notice of Incomplete Filing and Notice of Intent to Dismiss Case If Documents Are Not Timely Filed* having been given to the Debtor(s), the debtor's(s') attorney, if any, the trustee, all creditors, and other parties in interest, and the Debtor(s) having failed to comply therewith by timely filing the documents referenced therein or a motion to extend time to file the documents for cause shown, and no Notice of Hearing on the Court's Notice of Intent to Dismiss Case having been filed,

**IT IS ORDERED** that the within case be, and is hereby, dismissed.

Dated:   3/25/25

ORDERED PURSUANT TO THE COURT'S GENERAL
ORDER THAT DELEGATES AUTHORITY TO THE CLERK
OF THE BANKRUPTCY COURT AND HIS DEPUTIES
FOR THE COURT
Scott Yach, Clerk

By: __svim_____
Deputy Clerk